# Attachment 2
Recent State Court Docket

Sele&t Language ▼

Powered by Google **Translate**

# Civil Court Case Information – Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2022-007928 | Judge: | Adleman, Jay |
| File Date: | 6/22/2022 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Dominique Brown | Plaintiff | Male | Pro Per |
| Chuck Whitehead | Defendant | Male | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 6/22/2022 | CCN - Cert Arbitration - Not Subject | 6/23/2022 | Plaintiff(1) |
| 6/22/2022 | CSH - Coversheet | 6/23/2022 | Plaintiff(1) |
| 6/22/2022 | ADW - Application Deferral/Waiver | 6/23/2022 | Plaintiff(1) |
| 6/22/2022 | ASA - Affidavit in Support of Application for Deferral or Waiver of Service Process Costs | 6/23/2022 | Plaintiff(1) |
| 6/22/2022 | ODF - Order Deferring Court Fees | 6/23/2022 | |
| 6/22/2022 | NJT - Not Demand For Jury Trials | 6/23/2022 | Plaintiff(1) |
| 6/22/2022 | COM - Complaint | 6/23/2022 | Plaintiff(1) |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**

# Attachment 3
Complaint

Clerk of the Superior Court
By Fawn Fowler, Deputy
Date 06/22/2022 Time 11:49:05

| Description | Amount |
| --- | --- |
| -------- CASE# CV2022-007928 -------- | |
| CIVIL NEW COMPLAINT | 333.00 D |
| ------------------------------- | |
| TOTAL AMOUNT | 0.00 |
| Receipt# 28825676 | |

**Person Filing:** Dominique Brown

**Booking No.:** T68188

**Address (if not protected):** 3250 W. Lower Buckeye Road

**City, State, Zip Code:** Phoenix, AZ 85009

**Telephone:**

**Email Address:**

**Lawyer's Bar Number:**

**Representing** ☒ **Self, without a Lawyer or** ☐ **Attorney for** ☐ **Plaintiff OR** ☐ **Defendant**

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Dominique Brown
Name of Plaintiff

**Case Number:** CV 2022-007928

**Title:** **CIVIL COMPLAINT**

Hon. Judge Chuck Whitehead, et al.
Name of Defendant

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1. Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    ☒ The value of this case exceeds $10,000 dollars.

    ☒ Replevin or other nonmonetary remedy will take place in Maricopa County.

    ☒ The Plaintiff resides in Maricopa County.

    ☒ The Defendant resides in Maricopa County.

    ☒ The Defendant does business in Maricopa County.

    ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

    ☐ Other reason: _____

---

**DISCOVERY TIER**

2.  Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

☐ Tier 1 = Actions claiming $50,000 or less in damages.

☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages, OR

Actions claiming nonmonetary relief.

☒ Tier 3 = Actions claiming $300,000 or more in damages.

**PARTIES**

3.  The Plaintiff in this case is <u>Dominique Brown</u>

4.  The Defendant in this case is <u>Judge Chuck Whitehead, Manvel Rubalcaba, Carlos Brown Burgess McCowan</u>

**STATEMENT OF FACTS AND BREACH**

5. <u>Since feburary of 2021 the Plaintiff has been Charged with felony-murder even though the defendants</u>

6. <u>all Know that the Plaintiff nor any of the Plaintiffs alleged accomplices did not Murder</u>

7. <u>anyone before, during, or after committing any crime. Defendants Carlos Brown and Burgess</u>

8. <u>McCowan did not in any way Challenge the allegations being Charged against the defendant</u>

9. <u>In criminal case number CR2021-106431 and has forced the Plaintiff to represent</u>

Case Number: _____

10. himself in his criminal prosecution. Judge Chuck Whitehead has refused to fairly rule on the defendants Pretrial motion and is compeletly in concert with the Prosecutor in Prosecuting the Plaintiff and has refused the

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.) Plaintiff fair treatment in his criminal procee

## APPLICABLE LAW SUPPORTING CLAIMS

( ) 13-1105(A)(2) Felony-Murder violation (Plaintiff cannot be charged for felony-Murder)

( ) Ineffective assistance of counsel, 6th Amendment and Rule 6 of the Ariz.Rule.Crim.Proc violatio

( ) Judicial and Prosecutorial misconduct

( ) 14th and 5th Amendment due process violation

( ) Defamation of character

( ) Pain and Suffering / Cruel and punishment.

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

( ) The Plaintiff has been in Jail, held on a $50,000 bond for almost a year

Case Number: _____

( ) a half for a murder he did not commit
and cannot recieve any fair treatment
( ) in the superior court when trying to
address the issue through pre-trial
( ) Motions and other formal actions. The
Plaintiff is being forced to endure a
( ) Murder prosecution when it is known by
all of the defendants that he didn't commit murder

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( ) I demand that the defendants
pay me a total amount of
( ) $100,000,000 and to dismiss the
felony-murder charged in criminal
( ) case number CR 2021-106431.

( ) _____

_____

( ) _____

_____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

**Dated this** 06-21-2022
*(Date of signature)*

*(Signature of Plaintiff or Plaintiff's Attorney)*

# Attachment 4
Service Documents

Person Filing: _Dominique Brown_

Booking No.: _T681828_

Address (if not protected): _3250 W. Lower Buckeye Road_

City, State, Zip Code: _Phoenix, AZ 85009_

Telephone: _____

Email Address: _____

Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

RECEIVED MCAO
JUL 1 '22 PM12:44

For Clerk's Use Only

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Dominique Brown_
Name of Plaintiff

And _Hon. Judge Chuck Whitehead_
_et al._
Name of Defendant

Case No.: CV 2022-007928

## SUMMONS

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

WARNING: This is an official document from the court that affects your rights. Read this carefully.
If you do not understand it, contact a lawyer for help.

FROM THE STATE OF ARIZONA TO: _Manuel Rubalcaba_
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

Case Number: _____

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   601 West Jackson, Phoenix, Arizona 85003
    *   18380 North 40th Street, Phoenix, Arizona 85032
    *   222 East Javelina Avenue, Mesa, Arizona 85210
    *   14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date

CLERK OF SUPERIOR COURT

COPY

By_____
              Deputy Clerk

JUN 2 2 2022

CLERK OF THE SUPERIOR COURT
F. FOWLER
DEPUTY CLERK

Person Filing: Dominique Brown

Booking No.: T68182'8

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ 85009

Telephone: _____

Email Address: _____

Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

COPY

JUN 22 2022

CLERK OF THE SUPERIOR COURT
F. FOWLER
DEPUTY CLERK

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Dominique Brown
Name of Plaintiff

Case Number: CV 2022-007928

Title: **CIVIL COMPLAINT**

Hon. Judge Chuck Whitehead, et al.
Name of Defendant

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1.  Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    ☒ The value of this case exceeds $10,000 dollars.

    ☒ Replevin or other nonmonetary remedy will take place in Maricopa County.

    ☒ The Plaintiff resides in Maricopa County.

    ☒ The Defendant resides in Maricopa County.

    ☒ The Defendant does business in Maricopa County.

    ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

    ☐ Other reason: _____

Case Number: _____

## DISCOVERY TIER

2.  Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

☐ Tier 1 = Actions claiming $50,000 or less in damages.

☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages, OR

Actions claiming nonmonetary relief.

☒ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3.  The Plaintiff in this case is _Dominique Brown_

4.  The Defendant in this case is _Judge Chuck Whitehead, Manuel Rubakaba, Carlos Brown, Burgess McCowan_

## STATEMENT OF FACTS AND BREACH

5. Since feburary of 2021 the Plaintiff has been Charged with felony-murder even though the defendants

6. All Know that the Plaintiff nor any of the Plaintiffs alleged accomplices did not Murder

7. anyone before, during, or after committing any crime. Defendants Carlos Brown and Burgess

8. Mccowan did not in any way Challenge the allegations being Charged against the defendant

9. In criminal Case number CR2021-106431 and has forced the Plaintiff to represent

Case Number: _____

10. himself in his criminal prosecution. Judge Chuck Whitehead has refused to fairly rule on the defendant's Pretrial motion and is compelty in concert with the Prosecutor in Prosecuting the Plaintiff and has refused the
(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.) Plaintiff fair treatment in his criminal proceedin

## APPLICABLE LAW SUPPORTING CLAIMS

(   ) 13-1105(A)(2) Felony-Murder violation (Plaintiff cannot be charged for felony-Murder)

(   ) Ineffective assistance of counsel, 6th Amendment and Rule 6 of the Ariz.Rule.Crim.Proc violation

(   ) Judicial and Prosecutorial misconduct

(   ) 14th and 5th Amendment due process violation

(   ) Defamation of character

(   ) Pain and Suffering / Cruel and punishment

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

(   ) The Plaintiff has been in Jail, held on a $50,000 bond for almost a year

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
CVC10f 070118

Case Number: _____

( ) a half for a murder he did not commit
and cannot recieve any fair treatment
( ) in the Superior court when trying to
address the issue through pre-trial
( ) Motions and other formal actions. The
Plaintiff is being forced to endure a
( ) Murder prosecution when it is known by
all of the defendants that he didn't commit murder

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( ) I demand that the defendants
pay me a total amount of
( ) $160,000,000 and to dismiss the
felony-murder charge in Criminal
( ) case number CR 2021-106431.

( ) _____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this O6-21-2022
*(Date of signature)*

*(Signature of Plaintiff or Plaintiff's Attorney)*

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 4 of 4

CVC10f 070118

Person Filing: Dominique Brown
Booking No.: 7681828
Address (if not protected): 3250 W. Lower Buckeye Road
City, State, Zip Code: Phoenix, AZ 85009
Telephone:
Email Address:
Lawyer's Bar Number:

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

COPY

JUN 22 2022

COURT SEAL

CLERK OF THE SUPERIOR COURT
FOR CLERK'S USE ONLY
E. FOWLER
DEPUTY CLERK

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Dominique Brown

PLAINTIFF,

vs.

Hon Judge Chuck
Whitehead, et al.

DEFENDANT.

Case Number: CV 2022-007928

## CERTIFICATE OF COMPULSORY ARBITRATION

**\*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you DO NOT need to file this form.**

The undersigned certifies that this case is (Please check **ONLY** one option below):

☐ **Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

☒ **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

\***Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:**

SUBMITTED this 21st day of June, 20 22.

SIGNATURE

Person Filing: Dominique Brown

Booking No.: 7681828

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ 85009

Telephone:

Email Address:

Lawyer's Bar Number:

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

COPY

For Clerk's Use Only

JUN 22 2022

CLERK OF THE SUPERIOR COURT
F. FOWLER
DEPUTY CLERK

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Dominique Brown
Name of Plaintiff

Hon. Judge Chuck
Whitehead, et al.
Name of Defendant

Case Number: CV 2022-007928

Title: **PLAINTIFF'S DEMAND FOR JURY TRIAL**

Plaintiff, Dominique Brown, demands a trial by jury in this case. If this
          *(Name of Plaintiff)*

case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal

from that compulsory arbitration:

Dated this  06-21-2022
          *(Date of signature)*

(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV03f 120319

# Attachment 5
Remainder of the State Court Record

Person Filing: Dominique Brown

Booking No.: 7681828

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ 85009

Telephone:

Email Address:

Lawyer's Bar Number:

Representing ☒ Self, without a Lawyer  or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

CLERK OF THE
SUPERIOR COURT
FILED
F. FOWLER, DEF

22 JUN 22  AM 11:42

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Dominique Brown

_____
PLAINTIFF,

vs.

Hon Judge Chuck
Whitehead, et al.
_____
DEFENDANT.

CV 2022-007928

Case Number: _____

## CERTIFICATE OF COMPULSORY ARBITRATION

**\*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you DO NOT need to file this form.**

The undersigned certifies that this case is (Please check **ONLY** one option below):

☐ **Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

☒ **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

**\*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:**

_____

_____

_____

SUBMITTED this 21st day of June , 20 22 .

SIGNATURE _____

**In the Superior Court of the State of Arizona**

**In and For the County of** Maricopa

Case Number  CV 2022-007928

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney _____

Attorney Bar Number _____

Is Interpreter Needed?  ☐ Yes  ☒ No

If yes, what language(s): _____

CLERK OF THE SUPERIOR COURT
FILED
F. FOWLER, DEP
22 JUN 22  AM 11: 42

Plaintiff's Name(s): (List all)  Plaintiff's Address:  Phone #:  Email Address:

Dominique Brown  3250 W. Lower Buckeye Rd Phx, AZ 85009

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)

Judge Chuck Whitehead, Maricopa County Superior Court
Manuel Rubalcaba, 225 W. Madison St Phx, AZ 85003
Carlos Brown 1921 S. AIMA School Rd Ste 112, Mesa, AZ 85210

(List additional Defendants on page two and/or attach a separate sheet)

### RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an **"X"** next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☒ Amount Claimed $ 100,000,000   ☐ Tier 1  ☐ Tier 2  ☒ Tier 3

### NATURE OF ACTION

Place an **"X"** next to the one case category that most accurately describes your primary case. **Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.**

**100 TORT MOTOR VEHICLE:**
☐ 101 Non-Death/Personal Injury*
☐ 102 Property Damage*
☐ 103 Wrongful Death*

**110 TORT NON-MOTOR VEHICLE:**
☐ 111 Negligence*
☐ 112 Product Liability – Asbestos*

☐ 112 Product Liability – Tobacco*
☐ 112 Product Liability – Toxic/Other*
☐ 113 Intentional Tort*
☐ 114 Property Damage*
☐ 115 Legal Malpractice*
☐ 115 Malpractice – Other professional*
☐ 117 Premises Liability*
☐ 118 Slander/Libel/Defamation*

Case No._____

☐ 116 Other (Specify)_____ *

## 120 MEDICAL MALPRACTICE:

☐ 121 Physician M.D.*      ☐ 123 Hospital*

☐ 122 Physician D.O*       ☐ 124 Other*

## 130 & 197 CONTRACTS:

☐ 131 Account (Open or Stated)* 132 Promissory Note*

☐ 133 Foreclosure*

☐ 138 Buyer-Plaintiff*

☐ 139 Fraud*

☐ 134 Other Contract (e.g, Breach of Contract)*

☐ 135 Excess Proceeds-Sale*

☐ Construction Defects (Residential/Commercial)*

   ☐ 136 Six to Nineteen Structures*

   ☐ 137 Twenty or More Structures*

☐ 197 Credit Card Debt (Maricopa County Filings Only)*

## 145 & 150-199 OTHER CIVIL CASE TYPES:

☐ 156 Eminent Domain/Condemnation*

☐ 151 Eviction Actions (Forcible and Special Detainers)*

☐ 152  152 Change of Name

☐ 153 Transcript of Judgment 154 Foreign Judgment

☐ 158 Quiet Title*

☐ 160 Forfeiture*

☐ 175 Election Challenge

☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)*

☐ 180 180 Injunction against Workplace Harassment

☐ 181 Injunction against Harassment 182 Civil Penalty

☐ 186 Water Rights (Not General Stream Adjudication)*

☐ 187 Real Property *

☐ 145 Special Action against Lower Courts
   (See lower court appeal cover sheet in Maricopa)

☐ 194 Immigration Enforcement Challenge
   (A.R.S. §§1-501, 1-502, 11-1051)

## 144 & 150-199 UNCLASSIFIED CIVIL:

☐ 144 Administrative Review
   (See Lower Court Appeal cover sheet in Maricopa)

☐ 150 Tax Appeal
   (All other tax matters must be filed in the AZ Tax Court)

☐ 155 Declaratory Judgment

☐ 157 Habeas Corpus

☐ 184 Landlord Tenant Dispute – Other*

☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)

☐ 191 Declaration of Factual Improper Party Status

☐ 193 Vulnerable Adult (A.R.S. §46-451)*

☐ 165 Tribal Judgment

☐ 167 Structured Settlement (A.R.S. §12-2901)

☐ 169 Attorney Conservatorships (State Bar)

☐ 170 Unauthorized Practice of Law (State Bar)

☐ 171 Out-of-State Deposition for Foreign Jurisdiction

☐ 172 Secure Attendance of Prisoner

☐ 173 Assurance of Discontinuance

☐ 174 In-State Deposition for Foreign Jurisdiction

☐ 176 Eminent Domain– Light Rail Only*

☐ 177 Interpleader– Automobile Only*

☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)

☐ 183 Employment Dispute – Discrimination*

☐ 185 Employment Dispute – Other*

☐ 198 Verified Rule 27(a) Petition*

☐ 196 Verified Rule 45.2 Petition

☐ 195(a) Amendment of Marriage License (Maricopa
   County Filings Only)

☐ 195(b) Amendment of Birth Certificate

☒ 163 Other Judicial Misconduct/
   (Specify)
   Prosecutorial Misconduct/
   14th and 5th Amendment Due
   Process Violation/
   6th Amendment and Rule 6 of
   the Ariz. Rules. Crim. Proce
   Violation/
   Defamation of Chara ct d

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV10f 120120

Case No._____

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order        ☐ Provisional Remedy        ☐ OSC        ☐ Election Challenge

☐ Employer Sanction        ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at: https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

Burgess Mccowan, 1641 e. Osborn Rd., STE 8, Phoenix, AZ, 85016

Person Filing: Dominique Brown

Booking No.: T681878

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ 85009

Telephone: _____

Email Address: _____

Lawyer's Bar Number: _____

Representing  [X] Self, without a Lawyer  or  [ ] Attorney for  [ ] Petitioner  OR  [ ] Respondent

CLERK OF THE
SUPERIOR COURT
FILED
F. FOWLER, DEP

22 JUN 22 AM 11: 42

For Clerk's Use Only

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Dominique Brown

**Name of Petitioner/Plaintiff**

Hon, Judge Chuck Whitehead, et al.

**Name of Respondent/Defendant**

Case Number: **CV 2022-007928**

**APPLICATION FOR DEFERRAL OR WAIVER OF COURT FEES OR COSTS AND CONSENT TO ENTRY OF JUDGMENT**

STATE OF ARIZONA )

COUNTY OF Maricopa )

ss.

**Notice.** A Fee Deferral is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income. A Fee Waiver is usually permanent unless your financial circumstances change during the pendency of this court action.

I am requesting a deferral or waiver of all fees including: filing a case, issuance of a summons or subpoena, the cost of attendance at an educational program required by A.R.S. § 25-352, one certified copy of a temporary order in a family law case, one certified copy of the court's final order, preparation of the record on appeal, court reporter's fees of reporters or transcribers, service of process costs, and/or service by publication costs. (I have completed the separate Supplemental Information form if I am asking for service of process costs, or service by publication costs.) I understand that if I request deferral or waiver because I am a participant in a government assistance program, I am required to provide proof at the time of filing. The document(s) submitted must show my name as the recipient of the benefit and the name of the agency awarding the benefit. **Note. All other applicants must complete the financial questionnaire beginning at section 3. If you are a participant in one of the programs in section 1 or 2 (below), you do not need to complete the financial questionnaire, and can proceed to the signature page.**

1.  [ ] **DEFERRAL:** I receive government assistance from the state or federal program marked below or am represented by a not for profit legal aid program:

    [ ] Temporary Assistance to Needy Families (TANF)
    [X] Food Stamps
    [ ] Legal Aid Services

2.  [ ] **WAIVER:**

    [ ] I receive government assistance from the federal Supplemental Security Income (SSI) program.

© Superior Court of Arizona in Maricopa County

Case Number: _____

3. **FINANCIAL QUESTIONNAIRE**
   **SUPPORT RESPONSIBILITIES.** List all persons you support (including those you pay child support and/or spousal maintenance/support for):

| NAME | RELATIONSHIP |
|---|---|
| Kyrigue Brown | Son |
| Dominique Brown Jr | Son |
| Kyrlon Brown | Son |

**STATEMENT OF INCOME AND EXPENSES**
Employer name: _N/A_
Employer phone number: _N/A_
☒ I am unemployed (explain): _I am currently detained_

My prior year's gross income:                                    $ _O_

**MONTHLY INCOME**

| | |
|---|---|
| My total monthly gross income: | $ _O_ |
| My spouse's monthly gross income (if available to me): | $ _O_ |
| Other current monthly income, including spousal maintenance/support, retirement, rental, interest, pensions, and lottery winnings: | $ _O_ |
| **TOTAL MONTHLY INCOME** | $ _O_ |

**MONTHLY EXPENSES AND DEBTS:** My monthly expenses and debts are:

| | PAYMENT AMOUNT | LOAN BALANCE |
|---|---|---|
| Rent/Mortgage payment | $ _O_ | $ _O_ |
| Car payment | $ _O_ | $ _O_ |
| Credit card payments | $ _O_ | $ _O_ |
| Explain | | |
| Other payments & debts | $ _O_ | $ _O_ |
| Household | $ _O_ | |
| Utilities/Telephone/Cable | $ _O_ | |
| Medical/Dental/Drugs | $ _O_ | |
| Health insurance | $ _O_ | |
| Nursing care | $ _O_ | |
| Tuition | $ _O_ | |
| Child support | $ _O_ | |
| Child care | $ _O_ | |
| Spousal maintenance | $ _O_ | |
| Car insurance | $ _O_ | |
| Transportation | $ _O_ | |
| Other expenses (explain) | $ _O_ | |
| **TOTAL MONTHLY EXPENSES** | $ _O_ | |

© Superior Court of Arizona in Maricopa County

Case Number: _____

**STATEMENT OF ASSETS:** List only those assets available to you and accessible without financial penalty.

|  | | **ESTIMATED VALUE** |
|---|---|---|
| Cash and bank accounts | $ | *O* |
| Credit union accounts | $ | *O* |
| Other liquid assets | $ | *O* |

**TOTAL ASSETS**                          $ ___*O*___

**The basis for the request is:**

**4.  [ ] DEFERRAL:**

A.  [ ]   My income is insufficient or is barely sufficient to meet the daily essentials of life, and includes no allotment that could be budgeted for the fees and costs that are required to gain access to the court. My gross income as computed on a monthly basis is 150% or less of the current federal poverty level. (Note: Gross monthly income includes your share of community property income if available to you.)

**OR**

B.  [ ]   I do not have the money to pay court filing fees and/or costs now. I can pay the filing fees and/or costs at a later date. **Explain.**

_____

_____

_____


**OR**

C.  [ ]   My income is greater than 150% of the poverty level, but have proof of extraordinary expenses (including medical expenses and costs of care for elderly or disabled family members) or other expenses that reduce my gross monthly income to 150% or below the poverty level.

| **DESCRIPTION OF EXPENSES** | **AMOUNT** |
|---|---|
| _____ | $ *O* |
| _____ | $ *O* |
| _____ | $ *O* |
| **TOTAL EXTRAORDINARY EXPENSES** | $ *O* |

**5.  [X] WAIVER:**

I am permanently unable to pay. My income and liquid assets are insufficient or barely sufficient to meet the daily essentials of life and are unlikely to change in the foreseeable future.

---

**IMPORTANT**

This *"Application for Deferral or Waiver of Court Fees or Costs"* includes a *"Consent to Entry of Judgment."* By signing this Consent, you agree a judgment may be entered against you for all fees and costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment. At the conclusion of the case you will receive a *Notice of Court Fees and Costs Due* indicating how much is owed and what steps you must take to avoid a judgment against you if you are still participating in a qualifying program. You may be ordered to repay any amounts that were waived if the court finds you were not eligible for the fee deferral or waiver. If your case is dismissed for any reason, the fees and costs are still due.

---

© Superior Court of Arizona in Maricopa County

Case Number: _____

**CONSENT TO ENTRY OF JUDGMENT.** By signing this Application, I agree that a judgment may be entered against me for all fees or costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment.

## OATH OR AFFIRMATION

**I declare under penalty of perjury that the foregoing is true and correct.**

06/21/2022
Date

Signature

Dominique Brown
Applicant's Printed Name

6-21-22
Date

Judicial Officer/ Deputy Clerk or Notary Public

11-09-24
My Commission Expires/Seal:

L. PURDY
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 803303
Expires November 4, 2024

Person Filing: Dominique Brown

Booking No.: T681838

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ 85009

Telephone: _____

Email Address: _____

Lawyer's Bar Number: _____

Representing  [X] Self, without a Lawyer  or  [ ] Attorney for  [ ] Petitioner  OR  [ ] Respondent

CLERK OF THE
SUPERIOR COURT
FILED
F. FOWLER, DEP

22 JUN 22  AM 11: 43

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Dominique Brown

**Name of Petitioner/Plaintiff**

Hon. Judge Chuck Whitehead, et al.

**Name of Respondent/Defendant**

Case Number: CV 2022-007928

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR DEFERRAL OR WAIVER OF SERVICE OF PROCESS FEES**

STATE OF ARIZONA          )
                          ) ss.
COUNTY OF Maricopa )

> NOTE: FILL OUT THIS FORM ONLY IF YOU REQUESTED DEFERRAL OR WAIVER OF SERVICE COSTS IN THE APPLICATION. YOU MUST HAVE ATTEMPTED PERSONAL SERVICE OR HAVE A VALID REASON FOR NOT DOING SO. SERVICE BY PUBLICATION IS USED AS A LAST RESORT.

**Notice.** A Fee Deferral is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income. A Fee Waiver is usually permanent unless your financial circumstances change during the pendency of this court action.

**I have requested a deferral or waiver of the following fees in my case:**

[ ] **Fees for service of process by a sheriff, marshal, constable, or law enforcement agency:** In support of my request, I state that (check and complete any that apply):

    [ ] I have attempted to obtain voluntary acceptance of service of process without success on the person to be served.

    [X] It would be useless or dangerous for me to try to obtain voluntary acceptance of service by the person to be served because (explain):

    I am currently detained and cannot work

[ ] An enforceable injunction against harassment has been granted to me against the person to be served.

© Superior Court of Arizona in Maricopa County

Case Number: _____

[ ] **Fees for publication:** In support of my request, I state that I have attempted to locate the person
    to be served but I have been unable to locate that person (check and complete any that apply):

   [ ] This is what I did to try to find the other party (explain):

   _____

   _____

   [ ] I have contacted the person(s) listed below to try to find the location of the other party.

       **NAME**                      **ADDRESS**

   _____

   _____

## OATH OR AFFIRMATION

I declare under penalty of perjury that the foregoing is true and correct.

Date: **06-21-22**             _____
                                Signature

                     *Dominique Brown*
                     Applicant's Printed Name

## INFORMATION FOR SERVICE

   You must provide the following information:

To the best of my knowledge, as of (date) **06-21-22**, the last known address of the person to be
served as: *Multiple defendants please refer to thier Personal Information attached to this civil Complaint for thier individual addresses*

CLERK OF THE
SUPERIOR COURT
FILED
F. FOWLER, DEP.

**22 JUN 22  AM 11: 43**

For Clerk's Use Only

Person Filing: _Dominique Brown_

Booking No.: _T681828_

Address (if not protected): _3250 W. Lower Buckeye Road_

City, State, Zip Code: _Phoenix, AZ 85009_

Telephone: _____

Email Address: _____

Lawyer's Bar Number: _____

Representing  [X] Self, without a Lawyer  or  [ ] Attorney for  [ ] Petitioner  OR  [ ] Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Dominique Brown_

**Name of Petitioner/Plaintiff**

_Hon Judge Chuck Whitehead et al._

**Name of Respondent/Defendant**

**Case Number:** **CV 2022-007928**

**ORDER REGARDING DEFERRAL OR WAIVER OF COURT FEES AND COSTS AND NOTICE REGARDING CONSENT JUDGMENT**

---

| **NOTE: ONLY FILL OUT THE ABOVE INFORMATION. THE COURT WILL FILL OUT THE REST OF THE FORM.** |
| --- |

---

**THE COURT FINDS** that the applicant (print name) _Dominique Brown_:

1. [ ] IS NOT ELIGIBLE FOR A DEFERRAL of fees and/or costs.

**OR**

2. [X] IS ELIGIBLE FOR A DEFERRAL of fees and/or costs based on financial eligibility. As required by state law, the applicant has signed a consent to entry of judgment.

**OR**

3. [ ] IS ELIGIBLE FOR A DEFERRAL of fees and/or costs at the court's discretion (A.R.S. § 12-302(L)).

**OR**

4. [ ] IS ELIGIBLE FOR A DEFERRAL of fees and/or costs based on good cause shown. As required by state law, the applicant has signed a consent to entry of judgment.

**OR**

5. [ ] IS ELIGIBLE FOR A WAIVER of fees and/or costs because the applicant is permanently unable to pay (A.R.S. § 12-302(D)).

**OR**

6. [ ] IS ELIGIBLE FOR A WAIVER of fees and/or costs at the court's discretion (A.R.S. § 12-302(L)).

**OR**

7. ☐ IS NOT ELIGIBLE FOR A WAIVER of fees and/or costs.

**IT IS ORDERED:**

☐ **DEFERRAL IS DENIED** for the following reason(s):

☐ The application is incomplete because _____

   **You are encouraged to submit a complete application.**

☐ The applicant does not meet the financial criteria for deferral because _____

   **A deferral MUST BE granted if the applicant is receiving public assistance benefits from the Temporary Assistance to Needy Families (TANF) program or Food Stamps; presents documentation they are currently receiving services from a non-profit legal services organization; has an income that is insufficient or barely sufficient to meet the daily essentials of life and that includes no allotment that could be budgeted to pay the fees and costs necessary to gain access to the court; or, if the applicant demonstrates other good cause.**

☒ **DEFERRAL IS GRANTED** for the following fees and/or costs in this court:

☒ Any or all filing fees; fees for the issuance of either a summons and subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

☒ Fees for service of process by a sheriff, marshal, constable or law enforcement

☐ agency. Fees for service by publication.

☐ Filing fees and photocopy fees for the preparation of the record on appeal.

☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

   **IF A DEFERRAL IS GRANTED, PLEASE CHECK ONE OF THE FOLLOWING BOXES:**

☒ **NO PAYMENTS WILL BE DUE UNTIL FURTHER NOTICE.**

☐ **SCHEDULE OF PAYMENTS.**
   The applicant shall pay $_____ each_____(week, month etc.) until paid in full, beginning_____.

☐ **WAIVER IS DENIED** for all fees and/or costs in this case.

☐ **WAIVER IS GRANTED** for all fees and/or costs in this case that may be waived under A.R.S. § 12-302(H).

☐ Any or all filing fees; fees for the issuance of either a summons or subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

☐ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

Case Number: _____

☐ Fees for service by publication.

☐ Filing fees and photocopy fees for the preparation of the record on appeal.

☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

**RIGHT TO JUDICIAL REVIEW.** If the application is denied or a payment schedule is set by a special commissioner, you may request the decision be reviewed by a judicial officer. The request must be made within twenty (20) days of the day the order was mailed or delivered to you. If a schedule of payments has been established, payments shall be suspended until a decision is made after judicial review. Judicial review shall be held as soon as reasonably possible.

**NOTICE REGARDING CONSENT JUDGMENT.** Unless any of the following applies, a consent judgment may be entered against the applicant for all fees and costs that are deferred and remain unpaid thirty (30) days after entry of final judgment:

A.  Fees and costs are taxed to another party;

B.  The applicant has an established schedule of payments in effect and is current with those payments;

C.  The applicant filed a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending;

D.  In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or

E.  Within twenty (20) days of the date the court denies the supplemental application, the applicant either:

    1.  Pays the fees and costs; or,

    2.  Requests a hearing on the court's order denying further deferral or waiver. If the applicant requests a hearing, the court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied, and payment has not been made within the time prescribed by the court.

If an appeal is taken, a consent judgment for deferred fees and costs that remain unpaid in the lower court shall not be entered until thirty (30) days after the appeals process is concluded. The procedures for notice of court fees and costs and for entry of a consent judgment continue to apply. If a consent judgment is signed and the applicant pays the fees and costs in full, the court is required to comply with the provisions of A.R.S. § 33-964(C).

**DUTY TO REPORT CHANGE IN FINANCIAL CIRCUMSTANCES.** An applicant who is granted a deferral or waiver shall promptly notify the court of any change in financial circumstances during the pendency of the case that would affect the applicant's ability to pay court fees and costs. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

DATED: ___JUN 2 2 2022___

☐ Judicial Officer    ☒ Special Commissioner

I CERTIFY that I mailed/delivered/provided a copy of this document to:

☒ Applicant   ☐ at the above address   ☐ in court

☐ Applicant's attorney   ☐ at the above address   ☐ in court

Date: ___JUN 2 2 2022___    By: _____

Clerk

F. Fowler
Deputy Clerk

Person Filing: Dominque Brown

Booking No.: T681828

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ 85009

Telephone: _____

Email Address: _____

Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

CLERK OF THE
SUPERIOR COURT
FILED
F. FOWLER, DEP

22 JUN 22  AM 11: 42

For Clerk's Use Only

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Dominique Brown
Name of Plaintiff

Hon. Judge, Chuck Whitehead, et al.
Name of Defendant

Case Number: **CV 2022-007928**

Title: **PLAINTIFF'S DEMAND FOR JURY TRIAL**

Plaintiff, Dominique Brown, demands a trial by jury in this case. If this
*(Name of Plaintiff)*

case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal

from that compulsory arbitration.

Dated this ⭕ 6-21-2022
*(Date of signature)*

_____
*(Signature of Plaintiff or Plaintiff's Attorney)*

# Attachment 6
Verification of DCA Anna G. Critz

1   ·VERIFICATION OF ANNA G. CRITZ

2

3   STATE OF ARIZONA)

4                                    )ss.

5   County of Maricopa     )

6

7        I, Anna G. Critz, declare under penalty of perjury that I am a Deputy County

8   Attorney with the Maricopa County Attorney's Office, Civil Services Division and that the

9

10  attached documents are true and complete copies of all pleadings and other documents filed

11  in the state court proceeding *Dominique Brown vs. Hon. Judge Chuck Whitehead, et al.,*

12  Maricopa County Superior Court Case No. CV2022-007928.

13

14                         DATED this 7th day of July, 2022.

15

16                         RACHEL H. MITCHELL
                           MARICOPA COUNTY ATTORNEY
17

18                         BY: /s/ *Anna G. Critz*
19                              ANNA G. CRITZ
                                Deputy County Attorney
20

21

22

23

24

25

26

27

28